UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ) <br> Anderson News, LLC, ) <br> ) <br> ) Bankruptcy Case No.: 09-10695 (CSS) <br> ) Bankruptcy Appeal No. 11-105 <br> Debtor. ) <br> ) <br> ) <br> Holston Asset Management, LLC and ) <br> Northshore Capital LLC, ) <br> ) <br> Appellants, ) <br> v. ) <br> ) Case No. 1:12-cv-00100 <br> American Media, Inc., ) <br> Curtis Circulation, LLC, ) <br> Bauer Publishing Company, L.P., ) <br> Kable Distribution Services, Inc., and ) <br> Time/Warner Retail Sales & Marketing, ) <br> ) <br> Appellees. ) | |

## STIPULATION OF DISMISSAL OF APPEAL

Holston Asset Management, LLC ("Holston"), Northshore Capital LLC ("Northshore"), America Media, Inc. ("AMI"), Bauer Publishing Group ("Bauer"), Curtis Circulation Company, LLC ("Curtis"), Kable Distribution Services, Inc. ("Kable"), and Time/Warner Retail Sales and Marketing, Inc. ("Time") hereby stipulate to the dismissal of the appeal by Holston and Northshore to the United States District Court for the District of Delaware from the *Order Denying the Motion of Holston Management LLC and Northshore Capital LLC for Issuance of an Order Authorizing the Examinations of American Media, Inc., Curtis Circulation, LLC, Bauer Publishing Company, L.P., Kable*

PHIL1 2025362-1

*Distribution Services, Inc., and Time/Warner Retail Sales & Marketing, and Directing Production of Documents* (the "Rule 2004 Order") [Bankr. D.I. 1107] entered in the above-styled bankruptcy case on the 15th day of November, 2011, and docketed in the District Court in Case No. 1:12-cv-00100.

Respectfully submitted this 11th day of April, 2012.

| KLEHR HARRISON HARVEY BRANZBURG LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| /s/ Domenic E. Pacitti<br>Domenic E. Pacitti<br>(DE Bar No. 3989)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br>dpacitti@klehr.com | /s/ Russell C. Silberglied<br>Russell C. Silberglied<br>(DE Bar No. 3462)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7545<br>Facsimile: (302).498-7545 |
| Morton R. Branzburg<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>Telephone: (215) 568-6060<br>Facsimile: (215) 568-6603<br>mbranzburg@klehr.com | and<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>David G. Keyko<br>1540 Broadway<br>New York, NY 10036<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500 |
| and<br><br>ALSTON & BIRD LLP<br>Grant T. Stein<br>David A. Wender<br>1201 West Peachtree Street<br>Atlanta, Georgia, 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 | |
| *Counsel to Holston Asset Management, LLC and Northshore Capital, LLC*<br><br>*Counsel for Anderson Media Corporation, Holston Asset Management L.L.C., and Northshore Capital LLC* | *Counsel for Creditor American Media, Inc.* |

CRAVATH, SWAlNE & MOORE LLP

By:  /s/ *Richard B. Levin*
      Richard B. Levin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Creditor Time/Warner Retail Sales & Marketing, Inc.*

DECHERT LLP

By:  /s/ *Brian E. Greer*
      Brian E. Greer
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3536
Facsimile: (212) 698-3599

*Counsel for Creditor Curtis Circulation Company, LLC*

DRINKER BIDDLE & REATH LLP
By:  /s/ *Howard A. Cohen*
      Howard A. Cohen
(DE Bar No. 4082)
1100 North Market Street
Suite 1000
Wilmington, DE 1980
Telephone: (302) 467-4213
Facsimile:  (302) 467-4201

*Counsel for Creditors Bauer Publishing Company, L.P. and Kable Distribution Services, Inc.*